1  ANDREW T. KOENIG, State Bar No. 158431
   Attorney at Law
2  199 Figueroa Street, 3rd Floor
   Ventura, California 93001
3  Telephone:  (805) 653-7937
   Facsimile: (805) 653-7225
4  E-mail: andrewtkoenig@hotmail.com

5  Attorney for Plaintiff Theresa A. Burke

6

7

8                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
9                         WESTERN DIVISION

10
   THERESA A. BURKE,                )    CASE NO. CV 14-00095-FMO (PLA)
11                                   )
           Plaintiff,               )    ORDER
12                                   )    AWARDING ATTORNEY'S
            v.                       )    FEES PURSUANT
13                                   )    TO THE EQUAL ACCESS TO
                                     )    JUSTICE ACT
14 CAROLYN W. COLVIN,               )
   ACTING COMMISSIONER OF           )
15 SOCIAL SECURITY,                 )
                                     )
16         Defendant.               )
   _____ )
17

18

19        Based upon the parties' Stipulation for Award of Fees under the Equal

20 Access to Justice Act ("Stipulation"), IT IS ORDERED that Plaintiff is awarded

21 attorney fees under the Equal Access to Justice Act in the amount of THREE-

22 THOUSAND FOUR-HUNDRED FIFTY DOLLARS AND NO CENTS

23

24

25

26

27

28

                                      1

1  ($3,450.00),  as authorized by 28 U.S.C. § 2412(d), subject to the terms of the

2  Stipulation.

3

4  RECOMMENDED BY:

5

6  Dated: 12/3/14

7  Paul L. Abrams
   UNITED STATES MAGISTRATE JUDGE

8

9  ORDERED BY:

10

11  Dated: 12/3/14                                    /s/
    Fernando M. Olguin
12  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28